**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01047-CV

### MARK AND D'NELLA SHERBET, Appellant

### V.

### RAFAELLA BENDER, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12935-I**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's September 16, 2014 unopposed motion to reconsider order striking agreed appellate record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE